UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY PYATT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE , N.A.,<br><br>    Defendant. | Case No. 17-cv-01808-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 23 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 31, 2017

_____
WILLIAM H. ORRICK
United States District Judge